Certificate Number: 15317-PAM-DE-039728607

Bankruptcy Case Number: 25-01060


15317-PAM-DE-039728607

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2025, at 7:07 o'clock AM PDT, Jenny Sushinski completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 3, 2025

By: /s/Glend Enfestan

Name: Glend Enfestan

Title: Credit Counselor