United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 25-01060-HWV
James M. Sushinski                                                        Chapter 7
Jenny M. Sushinski
    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | James M. Sushinski, 52 Creekside Drive, Lebanon, PA 17042-4610 |
| jdb | + | Jenny M. Sushinski, 334 Lehman Street, Lebanon, PA 17046-3884 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John J Ferry, Jr | on behalf of Debtor 2 Jenny M. Sushinski jackferry2@gmail.com  jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| John J Ferry, Jr | on behalf of Debtor 1 James M. Sushinski jackferry2@gmail.com  jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-1

Date Rcvd: Aug 01, 2025

TOTAL: 5

User: admin

Form ID: fnldecac

Page 2 of 2

Total Noticed: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James M. Sushinski,

   **Debtor 1**

Jenny M. Sushinski,

   **Debtor 2**

Chapter  7

Case No.  1:25−bk−01060−HWV

Social Security No.:

     xxx−xx−6806   xxx−xx−3623

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

    **Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

      BY THE COURT
      By the Court,

      Henry W. Van Eck, Chief Bankruptcy Judge

      Dated:  July 31, 2025

**fnldecac** (05/18)